COLLEEN A. DÉZIEL (Bar No. 164282)
 cad@amclaw.com
LEILA M. ROSSETTI (Bar No. 247929)
 lmr@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant ARROWHEAD CENTRAL CREDIT UNION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| STACEY LEE,<br><br>           Plaintiff,<br><br>vs.<br><br>ARROWHEAD CENTRAL CREDIT UNION,<br><br>           Defendant. | Case No. 5:24-cv-01224-KK (SPx)<br><br>Assigned to Hon. Kenly Kiya Kato, Courtroom 3<br><br>**ORDER GRANTING STIPULATION TO DISMISS**<br><br>Trial:   February 3, 2025 |

Based upon the Parties' Stipulation, and good cause appearing therefor, this Court hereby orders Defendant ARROWHEAD CENTRAL CREDIT UNION D/B/A ARROWHEAD CREDIT UNION, and this entire matter, including all parties and all causes of action, to be, and is, dismissed with prejudice.  Each party to bear its/her own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 8, 2024

_____
Hon.  Kenly Kiya Kato
United States District Court Judge